(No. 23040.

ANNA RICHTER, Appellant, *vs.* THE FOX PACKING COMPANY *et al.* Appellees.

*Opinion filed October 24, 1935.*

CHARLES C. KIRK, (THEODORE STONE, of counsel,) for appellant.

PINES, STEIN & BEBER, (ALVIN E. STEIN, of counsel,) for appellees.

Mr. JUSTICE SHAW delivered the opinion of the court:

Appellant's action in the court below was one for damages, brought under paragraph (*a*) of section 15 of the Occupational Diseases act for certain alleged violations of section 1 of the same act. (Laws of 1911, p. 330; Smith's Stat. 1933, p. 1401; Cahill's Stat. 1933, p. 1375.) Motions to dismiss were filed by the various defendants upon many different grounds, among them being the contention that section 1 of the act above mentioned contravenes the constitution of this State. The trial court agreed with this contention and sustained all of the motions to dismiss. This appeal from a judgment entered in accordance with the court's ruling on the motions to dismiss comes directly to this court upon constitutional grounds.

Section 1 of the Occupational Diseases act was held to be unconstitutional in the cases of *Parks* v. *Libby-Owens-Ford Glass Co.* 360 Ill. 130, *Boshuizen* v. *Thompson &*

*Taylor Co.* 360 id. 160, *Vallat* v. *Radium Dial Co.* 360 id. 407, and *Novarro* v. *Illinois Steel Co.* 360 id. 483. The judgment of the circuit court is in accordance with our holdings in these cases, and there appears to be no reason for re-examining the question. That judgment will therefore be affirmed.

*Judgment affirmed.*